EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Alexis Irizarry Vega | 2001 TSPR 61 |

Número del Caso: TS-10707


Fecha: 27/abril/2001


Oficina de Inspección de Notarías:

                                        Lcda. Carmen H. Carlos
                                        Directora


Abogado de la Parte Querellada:

                                        Por Derecho Propio


Materia: Solicitud de Reinstalación

        Este documento constituye un documento oficial del Tribunal Supremo que está
        sujeto a los cambios y correcciones del proceso de compilación y publicación
        oficial de las decisiones del Tribunal. Su distribución electrónica se hace
        como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alexis Irizarry Vega                    TS-10707


RESOLUCION

San Juan, Puerto Rico a 27 de abril de 2001

El Tribunal se da por enterado de la "moción informativa, de fecha 31 de enero de 2001, radicada por la Directora de la Oficina de Inspección de Notarías.

Atendido lo expresado por el abogado Alexis Irizarry Vega en su moción solicitando reinstalación a la profesión de abogado y a la notaría, de fecha 28 de febrero de 2001, se declara con lugar la referida moción y, en consecuencia se ordena su reinstalación. La Oficina de Inspección de Notarías deberá devolver al abogado su Protocolo, Libro de Notarías y Sello Notarial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Isabel Llompart Zeno
                                Secretaria del Tribunal Supremo